I. O. HEADLEY AND ANOTHER v. A. T. OBENCHAIN, ADMINIS-
TRATOR, ETC.

1. When the transcript filed in this court exhibits exceptions or demurrers
filed in the court below, but does not show that any ruling was made or
action had on them in that court, they will be considered to have been
waived. Assertions of counsel, in their briefs, that there was a ruling
had in the court below, are of no avail.

ERROR from Parker. Tried below before the Hon. N. M.
Burford.

J. A. Poage, for the plaintiffs in error, stated in his brief that
the exceptions were argued and overruled in the court below,
although the record is silent in that regard.

No brief for the defendant in error.

OGDEN, J.—The only assignment of error in this cause is that
the court below erred in overruling the exceptions of defendants to
plaintiff's petition. There was a general demurrer filed in the
cause below, but the records show no action or ruling of the court
on the same; and by repeated decisions of this court it has been
held that when the record shows no ruling of the lower court on
exceptions or demurrers, they will be considered as having been
waived. (Chambers v. Miller, 9 Tex., 236; The State v. Thomp-
son, 18 Tex., 527; Myers v. The State, 31 Texas, 178.)

We are, however, of the opinion that if the court did overrule
the demurrer, still there was no error. The judgment is therefore
affirmed.

Affirmed.